APPEAL No. 195. ONOFRIO ANTONIO CARROCCIO v. ROGER WILLIAMS HOSPITAL. Motion of plaintiff "requesting judgment" denied. *Onofrio A. Carroccio,* pro se, plaintiff. *Carroll, Kelly & Murphy, Joseph A. Kelly,* for defendant.

August 8, 1967.

M. P. No. 184. WILLIAM HOOPER v. HARRY GOLDSTEIN *et al.* Motion for leave to file petition for writ of certiorari granted. *David F. Sweeney,* for petitioner. *Robert J. McOsker,* for respondents.

M. P. No. 193. BRIGGS DRIVE, INC. AND TEXTRON INC. v. WARREN V. MOOREHEAD, *Chairman, Board of Assessors, E. Greenwich,* AND I. GLENN SEAVEY AND A. REGINALD NICHOLS, *Members of said Board;* OTTO W. OLSON, JR., *Tax Collector.* Motion for leave to file petition for writ of certiorari granted. *Thomas R. Wickersham,* for petitioners. *A. Earl Shaw, Jr.,* for respondent.

APPEAL No. 35. RONALD ANDERSON v. JAMES DIPRETE, *Mayor.* Motion of plaintiff-appellee entitled "MOTION FOR RE-ARGUMENT AND/OR DISMISSAL OF PROPOSED INTERVENOR'S APPEAL" averring a certain contract had expired, thereby rendering proposed intervenor's appeal moot and that proposed intervenor had no standing with respect to the appeal, the appellants having notified the Court by letter that it would not answer to the motion or resist it, motion to dismiss granted. Appellee's motion to "reargue" denied. *Abedon, Michaelson, Stanzler & Biener, Julius C. Michaelson,* for plaintiff-appellee. *Peter Palombo, Jr.,* City Solicitor, for defendant.

EQUITY No. 2978. IDA F. RUDOLPH v. NATHAN FEIGELMAN *et al.* Motion of respondent, Nathan Feigelman, for leave to reargue denied. *Ida F. Rudolph,* pro se, complainant. *Sheffield & Harvey, Ward Harvey,* for respondent.